1 Vanessa R. Waldref
2 United States Attorney
  Eastern District of Washington
3 Bree R. Black Horse
4 Assistant United States Attorney
  402 E. Yakima Ave., Suite 210
5 Yakima, WA 98901
6 Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 16 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JERRY SLOCKISH,<br><br>                Defendant. | 1:24-CR-2049-MKD<br><br>INDICTMENT<br><br>18 U.S.C. §§ 1153, 2244(a)(5) and 2246(3)<br>Abusive Sexual Contact with a Child Under 12 Years of Age in Indian Country<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

On or about June 4, 2019, in the Eastern District of Washington, within the exterior boundaries of the Yakama Indian Reservation, in Indian country, the Defendant, JERRY SLOCKISH, an Indian, did knowingly engage in sexual contact with Minor 1, to wit: causing the intentional touching, through the clothing, of the genitals of Minor 1, a minor who had not attained the age of twelve (12) years, and such touching was done with an intent to abuse, humiliate, harass, degrade, or arouse

INDICTMENT – 1

or gratify the sexual desire of any person, all in violation of 18 U.S.C. §§ 1153, 2244(a)(5) and 2246(3).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2244, as alleged in this Indictment, the Defendant, JERRY SLOCKISH, shall forfeit to the United States any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

//

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 16 day of July, 2024.

A TRUE BILL

███████████████

Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Bree Black Horse*
Bree R. Black Horse
Assistant United States Attorney

INDICTMENT – 3