# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Slockish, Jerry | Docket No. | 0980 1:24CR02049-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jerry Slockish, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 31st day of July 2024, under the following conditions:

**Special Condition No. 12:** Defendant shall not be in the presence of minors, unless a responsible adult-who is aware of these charges and preapproved by the United States Probation/Pretrial Services-is present at all times.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Slockish on August 8, 2024, acknowledging an understanding of his pretrial release conditions.

**Violation No.1:** Mr. Slockish is alleged to be in violation of his pretrial release conditions by being in the presence of a minor on February 6, 2025.

On February 6, 2025, United States Probation Officer (USPO) Santana and this officer conducted a routine home inspection at Mr. Slockish's residence. Upon arrival, this officer made contact with Mr. Slockish's son, who was working on a vehicle in the driveway. This officer asked if Mr. Slockish was home, and his son confirmed that he was. The son then went inside to get him.

While waiting, USPO Santana and this officer approached the front door. When Mr. Slockish and his son opened the door, the son returned to working on the vehicle. This officer asked Mr. Slockish if we could go inside, to which he agreed.

Once inside, this officer observed what looked to be an assault rifle lying on the living room couch. As this officer approached it, Mr. Slockish stated it was an air soft BB gun. This officer confirmed it was indeed an air soft BB gun and advised Mr. Slockish not to leave it lying around in the living room, as it could easily be mistaken for a real firearm. Mr. Slockish expressed his understanding.

Next, this officer walked into Mr. Slockish's bedroom and visually inspected the room. At first glance, everything appeared normal. However, as this officer scanned the room a second time, this officer noticed the top of an individual's head rising from behind the bed, as if trying to hide. Upon making eye contact with the person behind the bed, this officer realized it was a child.

This officer asked Mr. Slockish if anyone else was inside the residence, and he replied no. This officer inquired about the child in the room, to which Mr. Slockish said it was his grandson. This officer asked Mr. Slockish why the child was hiding, and he said he (the child) did not want to get in trouble or get him (Mr. Slockish) into trouble.

This officer instructed the child behind the bed to come out and walk toward me, which he did. The child identified himself as an 11-year-old boy who lived across the street.

**Re: Slockish, Jerry**
**February 7, 2025**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: February 7, 2025 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[×]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[×]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/7/2025

Date