# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Slockish, Jerry | Docket No. | 0980 1:24CR02049-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jerry Slockish, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 31st day of July 2024, under the following conditions:

**Special Condition No. 12:** Defendant shall not be in the presence of minors, unless a responsible adult-who is aware of these charges and preapproved by the United States Probation/Pretrial Services-is present at all times. incorporate

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Slockish on August 8, 2024, acknowledging an understanding of his pretrial release conditions.

**Violation No.2:** Mr. Slockish allegedly violated his pretrial release conditions by being in the presence of a minor from on or about July 31, 2024, to on or about February 6, 2025.

On February 7, 2025, Special Agent Rafael Gutierrez conducted an interview with Mr. Slockish's son at their home, following Mr. Slockish's arrest under a United States Marshals warrant that same day. During the interview, the son clarified that Mr. Slockish's grandchildren had visited the residence four or five times before the previous day, February 6, 2025

  PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS
       PREVIOUSLY REPORTED TO THE COURT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: February 12, 2025 |
| | by | s/Kyle Mowatt |
| | | Kyle Mowatt<br>U.S. Pretrial Services Officer |

PS-8
**Re: Slockish, Jerry**
**February 12, 2025**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[×]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[×]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

2/12/2025
Date